A. F. HOUSE, Trustee *v.* James SCOTT, d/b/a
Scott Lumber Company et al

5-4556                                429 S. W. 2d 62

Opinion delivered May 27, 1968
[Rehearing denied July 15, 1968.]

*James L. Sloan* and *Stanley E. Price,* for appellants.

*Tanner & Wallace,* for appellees.

*Terral, Rawlings, Matthews & Purtle,* for appellees
and cross-appellant.

Conley Byrd, Justice. This is a companion case to
*House* v. *Scott,* 244 Ark. 1075, *infra.* The amounts and
the parties are not wholly identical but the issues are
identical except for the point raised on cross appeal by
Choctaw Plumbing Company, Inc., that the court erred
in not awarding it judgment against Modern American
Mortgage Corporation and A. F. House, Trustee, for the
amount of its lien.

We find Choctaw's contention to be without merit
because it had a contract only with Stillman. Its sole
remedy under the mechanics' lien statute is for a lien
upon the fixtures and the premises to the extent therein
allowed.

There is no evidence here that Modern American
and A. F. House, Trustee, were in any way connected

with Stillman's business other than in their capacity as mortgagees.

Therefore, so much of the trial court's judgment as required A. F. House, Trustee, to pay into the registry of the court the unexpended funds and that portion which gave the mortgagee priority as to the $1,700 paid to Modern American for the release of the Olsen mortgage is hereby reversed.

Reversed and remanded.

FOGLEMAN, J., dissents.

JOHN A. FOGLEMAN, Justice, dissenting. I dissent for the reasons stated in my dissenting opinion in *A. F. House, Trustee* v. *James S. Scott, d/b/a Scott Lumber Company et al*, No. 5-4555, 244 Ark. 1075, 429 S. W. 2d 108. I would reverse on appeal and affirm on cross-appeal.